■ CHRISTOPHER M., an Infant, by His Parent and Natural Guardian, SONIA SUAREZ, Appellant, v RICHARD L. PYLE, Respondent. (Appeal No. 2.) [823 NYS2d 750]—Appeal from an order of the Supreme Court, Erie County (Christopher J. Burns, J.), entered April 11, 2006 in a personal injury action. The order, among other things, denied plaintiff's motion to quash a subpoena.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, J.P., Martoche, Centra and Pine, JJ.

■ In the Matter of RAMON LOPEZ, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [823 NYS2d 751]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Mark H. Dadd, A.J.], entered January 26, 2006) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination be and the same hereby is unanimously confirmed without costs and the petition is dismissed. Present—Hurlbutt, A.P.J., Kehoe, Smith and Green, JJ.